AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JOHN NEWTON

*Plaintiff(s)*

v.

ANTOINE BROUSSARD, JR., JAMES RAPATTONI, WILLIAM RIGBY, SR., and TERRY LANE, Each Individually and as Officers of Performance Pressure Pumping Services, LLC and Epic Wireline Services

*Defendant(s)*

Civil Action No. 5:16-cv-25-XR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TERRY LANE
2800 Post Oak Boulevard, 57th Floor
Houston, Texas 77056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     JEANNETTE J. CLACK

Date: 03/22/2016     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:16-cv-25-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Terry Lane__
was received by me on *(date)* __4-6-16__.

☑ I personally served the summons on the individual at *(place)* __25 Fox Trot Cove Haughton, Lo.__ on *(date)* __4-7-16__ ; @ 4:19 Pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __75.00__ for travel and $ __—__ for services, for a total of $ __75.00__   0.00

I declare under penalty of perjury that this information is true.

Date: __4-7-16__

__Larry Duck__
Server's signature

__Larry Duck__
Printed name and title

__5919 Clearview Cir
Bossier City, Lo. 71111__
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case:<br>5:16-cv-25-XR | Court:<br>United States District Court | County: | Job:<br>832977 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>John Newtn | | **Defendant / Respondent:**<br>Terry Lane | |
| **Received by:**<br>P.I. Ducks, Inc. | | **For:**<br>Sanford Law Firm | |
| **To be served upon:**<br>Terry Lane | | | |

I, Larry Duck, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Terry Lane, Home: 25 Fox Trot Cove, Haughton, LA 71037
**Manner of Service:** Personal/Individual, Apr 7, 2016, 4:19 pm CDT
**Documents:** 001 Complaint.pdf (Received Apr 6, 2016 at 11:56am CDT), 005 FAC.pdf (Received Apr 6, 2016 at 11:56am CDT), 007 Summons Issued.pdf (Received Apr 6, 2016 at 11:56am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Apr 6, 2016, 4:45 pm CDT at Home: 25 Fox Trot Cove, Haughton, LA 71037
Description of Targeted Address: Service address is a brown brick house.
Description of Vehicle: N/a
Subject is not home at the provided Targeted Address, and unable to establish contact at this time.

2) Successful Attempt: Apr 7, 2016, 4:19 pm CDT at Home: 25 Fox Trot Cove, Haughton, LA 71037 received by Terry Lane. Age: 55; Ethnicity: Caucasian; Gender: Male; Height: 5'9"; Hair: Gray; Eyes: Brown; Other: He has a goatee;

Established contact with the Subject, and once Identity was confirmed, I in-hand delivered the service pleading to the Subject.

_Larry Duck_   4-7-16
Larry Duck       Date

P.I. Ducks, Inc.
5919 Clearview Cir.
Bossier City, LA 71111

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_Sarannette Frontaura-Duck_
**Notary Public**
4-7-16
Date          Commission Expires

**Sarannette Frontaura-Duck**
Notary ID Number 59237
Bossier Parish, LA
Commission expires upon death